UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

K‌ARLA B‌RINTLEY,

        Plaintiff,

v.

B‌ELLE R‌IVER C‌OMMUNITY C‌REDIT U‌NION,

        Defendant.

Case No. 17-13915

S‌ENIOR U.S. D‌ISTRICT J‌UDGE
A‌RTHUR J. T‌ARNOW

U.S. M‌AGISTRATE J‌UDGE
A‌NTHONY P. P‌ATTI

_____/

## JUDGMENT

All issues having been resolved by the Court's Order [43] of December 9, 2019, **THIS CASE IS CLOSED**.

Dated at Detroit, Michigan, this 9th day of December 2019.

                      DAVID J. WEAVER
                      CLERK OF THE COURT

                      BY: s/Michael E. Lang
                      Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE